WILLIAM RUBIN, Plaintiff, *v.* PRUDENCE·BONDS CORPORATION et al., Defendants, and FLORINDO S. POLO, Respondent. ALEXANDER ROTHSTEIN, Appellant.

Argued April 5, 1949; decided April 20, 1949.

*Alexander Rothstein,* appellant in person.

*William M. Kilcullen* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.